B6A (Official Form 6A) (12/07)

In re  **Herman E Talmadge, Jr.**, Debtor

Case No. **14-50312**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 125.27 Acres - Henry County<br>Parcel #001-01004000 | 100% fee simple | - | 1,565,875.00 | 0.00 |
| 20 acres - Henry County<br>Parcel # 002-01006001 | 100% fee simple | - | 400,000.00 | 351.46 |
| 2.40 acres - Clayton County, Hwy 85 and Helmer Road<br>Parcel #13233-233007 | 100% fee simple | - | 470,000.00 | 0.00 |
| 35.27 Acres - Henry County<br>Parcel #001-01007001 | 100 % fee simple | - | 264,525.00 | 847.50 |
| 54.44 Acres - Henry County<br>280 Talmadge Road (Ham Plant)<br>Parcel # 001-01001000<br>See FN 2 on Schedule D | 100% fee simple | - | 816,600.00 | 20,067.68 |
| .84 Acres - Telfair County<br>Parcel #T00100016 | 100% fee simple | - | 3,600.00 | 0.00 |
| 98 Acres - Henry County<br>Parcel #001-01006000<br>total estimated FMV - $980,000 | 1/5 undivided fee simple interest | - | 196,000.00 | 4,537.54 |
| 91.52 Acres - Henry County<br>Parcel #001-01003005<br>total estimated FMV - $1,830,400 | 1/6 undivided fee simple interest | - | 305,676.00 | 4,148.34 |
| 1.81 Acres - Henry County<br>Parcel #001-01003054<br>total estimated FMV - $36,200 | 1/6 undivided fee simple interest | - | 6,045.00 | 136.62 |
| 100 acres and home - Henry County<br>Parcel #001-01002000<br>total estimated FMV - $2,625,000<br>    home + 25 acres = $1,500,000<br>    remaining 75 acres = $1,125,000<br>See Footnote 2 on Schedule D. | 1/7 undivided fee simple interest | - | 375,375.00 | 1,670,348.70 |
| | | Sub-Total > | 4,403,696.00 | (Total of this page) |

__1__  continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re  **Herman E Talmadge, Jr.**,  Case No. **14-50312**
                                    Debtor

## SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **47.73 Acres - Henry County**<br>**Parcel # 006-01023001**<br>**total estimated FMV - $954,600** | **1/7 undivided fee simple interest** | - | **136,507.00** | **1,393.13** |
| **121.33 Acres - Henry County**<br>**Parcel #006-01023001**<br>**total estimated FMV - $3,033,250** | **1/7 undivided fee simple interest** | - | **433,754.00** | **4,326.52** |
| **264.06 Acres - Henry County**<br>**Parcel #001-01023000**<br>**total estimated FMV - $1,980,450** | **1/7 undivided fee simple interest** | - | **283,204.35** | **14,060.73** |
| **148.42 acres - Henry County**<br>**Parcel # 001-01003006**<br>**total estimated FMV - $2,226,300** | **1/8 undivided fee simple interest** | - | **278,287.00** | **6,406.89** |
| **14.01 Acres - Henry County**<br>**Parcel #012-02013001**<br>**total estimated FMV - $350,250** | **3/4 undivided fee simple interest** | - | **262,687.00** | **15,013.87** |
| **59 Acres (17 acres commercial/22 acres residential) - Henry County**<br>**Walt Stephen Road**<br>**estimated total FMV - $1,180,000** | **1/4 undivided  interest** | - | **280,000.00** | **70,000.00** |

                                    Sub-Total >    **1,674,439.35**    (Total of this page)

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

                                    Total >       **6,078,135.35**
                                    (Report also on Summary of Schedules)