**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303
404−215−1000

In Re: **Herman E. Talmadge Jr.**  Case No.: **14−50312−wlh**
                                   Chapter: **11**
                                   Judge: **Wendy L. Hagenau**

Debtor(s)

## NOTICE OF DEFICIENCY

The following document filed on 01/23/2014 is being referred to you for review because of the following deficiency(ies):

TITLE OF DOCUMENT: Amended Schedule I (Doc.#29)

Missing verification or Declaration Concerning Debtor's Schedules
Missing certificate of service

☐ Required fee of $ not paid. Please remit via cashier's check or money order payable to Clerk, U. S. Bankruptcy Court, or through the Payment of Fees event if you are a registered ECF participant. Checks from a debtor cannot be accepted.

☐ Case was closed on

☐ Discrepancy in attorney information

NA

No legal opinion has been expressed or implied. This notice is for information purposes only concerning the procedural requirements for filing documents in the United States Bankruptcy Court, Northern District of Georgia.

Date: 1/24/14                          M. Regina Thomas
                                       Clerk of Court

                                       By: Madeline Ramos
                                       Deputy Clerk

Form 431 − Notice of deficiency 01−2011

United States Bankruptcy Court
Northern District of Georgia

In re:
Herman E. Talmadge, Jr.
    Debtor

Case No. 14-50312-wlh
Chapter 11

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 113E-9 | User: ramos<br>Form ID: 431 | Page 1 of 1<br>Total Noticed: 2 | Date Rcvd: Jan 24, 2014 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2014.
db       +Herman E. Talmadge, Jr.,   PO Box 364,   Lovejoy, GA 30250-0364
aty      +James L. Paul,   Chamberlain, Hrdlicka, White et al,   34th Floor,   191 Peachtree Street NE,   Atlanta, GA 30303-1740

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2014         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2014 at the address(es) listed below:
        J. William Boone   on behalf of Creditor   State Bank and Trust Company bboone@jamesbatesllp.com,   mdunn@jamesbatesllp.com;vfisher@jamesbatesllp.com
        James H. Morawetz   on behalf of U.S. Trustee   Office of the United States Trustee   Jim.H.Morawetz@usdoj.gov
        James L. Paul   on behalf of Debtor Herman E. Talmadge, Jr. james.paul@chamberlainlaw.com,   lauri.mckenna@chamberlainlaw.com;docket.atlanta@chamberlainlaw.com;drew.greene@chamberlainlaw.com
        Office of the United States Trustee   ustpregion21.at.ecf@usdoj.gov
        TOTAL: 4