IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISON

| | |
|---|---|
| In Re: | Case No. 14-50312-wlh |
| HERMAN E. TALMADGE, JR., | CHAPTER 11 |
| Debtor. | |
| STATE BANK & TRUST COMPANY, | CONTESTED MATTER: |
| Movant, | Motion to Lift Stay |
| v. | |
| HERMAN E. TALMADGE, JR., | |
| Respondent/Debtor. | |

## NOTICE OF DEPOSITION

To:   Thomas C. Carson, Phd.
c/o Jimmy Paul, Esq.
Chamberlain, Hrdlicka, White, Williams & Aughtry
191 Peachtree Street, N.E.
34th Floor
Atlanta, Georgia  30303

Please take notice that State Bank and Trust Company, by and through its counsel, will take the deposition of Thomas C. Carson, Phd. pursuant to Federal Rule of Civil Procedure 30 and Federal Rule of Bankruptcy Procedure 7030, made applicable to the instant contested matter by Federal Rule of Bankruptcy Procedure

9014, on Monday, October 13, 2014, at 1:00 p.m. at the offices of Chamberlain Hrdlicka White, Williams & Aughtry, 191 Peachtree Street, N.E., 34th Floor, Atlanta, Georgia 30303-1747. The deposition will be taken before an officer duly authorized to administer oaths and take depositions and will be recorded by stenographic means. The deposition will be taken for all purposes permitted under applicable law, including the Federal Rules of Civil Procedure and Federal Rules of Bankruptcy Procedure.

This 9th day of October, 2014.

        Respectfully submitted,

        JAMES-BATES-BRANNAN-GROOVER-LLP


        By: /s/ J. William Boone
           J. William Boone
           Georgia Bar No. 067856
           Michael A. Dunn
           Georgia Bar No. 140992

        Attorneys for State Bank & Trust Company

3399 Peachtree Road
Suite 1700, The Lenox Building
Atlanta, Georgia 30326
404-997-6020
404-997-6026 (fax)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISON

| | |
|---|---|
| In Re: ) | Case No. 14-50312-wlh |
| ) | |
| HERMAN E. TALMADGE, JR., ) | CHAPTER 11 |
| ) | |
| Debtor. ) | |
| ) | |
| STATE BANK & TRUST COMPANY, ) | CONTESTED MATTER: |
| ) | |
| Movant, ) | Motion to Lift Stay |
| ) | |
| v. ) | |
| ) | |
| HERMAN E. TALMADGE, JR., ) | |
| ) | |
| Respondent/Debtor. ) | |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date electronically filed the within and foregoing "Notice of Deposition" using the Court's CM/ECF system, and has served a copy of same upon James L. Paul and the U.S. Trustee, at the address listed below via First Class U.S. Mail, and all creditors, attorneys of record and other parties appearing on the Creditor Mailing Matrix via the Court's ECF system, a copy of which is attached hereto.

James L. Paul, Esq.
Chamberlain Hrdlicka White Williams & Aughtry

3

191 Peachtree Street, NE
Thirty-Fourth Floor
Atlanta, Georgia 30303

James H. Morawetz
Office of the United States Trustee
Northern District of Georgia
362 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

This 9th day of October, 2014.

/s/ Michael A. Dunn
Michael A. Dunn
Georgia Bar No. 140992

4

```
Label Matrix for local noticing          AT&T                                     American Express
113E-1                                   PO Box 105262                            Business Green Rewards Card
Case 14-50312-wlh                        Atlanta, GA 30348-5262                   PO Box 650448
Northern District of Georgia                                                      Dallas, TX 75265-0448
Atlanta
Thu Aug 14 16:40:52 EDT 2014

American Express Bank, FSB               Atlanta Digital Security Sys.            J. William Boone
c o Becket and Lee LLP                   PO Box 124                               James Bates Brannan Groover LLP
POB 3001                                 McDonough, GA 30253-0124                 Suite 1700
Malvern, PA 19355-0701                                                            3399 Peachtree Road
                                                                                  Atlanta, GA 30326-1151

James A. Branch IV                       CHUBB Group of Ins. Co.s                 Capital One Bank (USA), N.A.
Natural Resource Consultants, LLC        c/o Great Northern Ins Co.               PO Box 71083
234 West Washington Street               PO Box 7247-0180                         Charlotte, NC  28272-1083
Madison, GA 30650-1210                   Philadelphia, PA 19170-0001

Capital One Bank (USA), N.A.             Capital One Bank USA, NA                 Cedar Creek Farms, Inc.
by American InfoSource LP as agent       Platinum Mastercard                      5138 Old Atlanta Road
PO Box 71083                             PO Box 71083                             Hampton, GA 30228-2542
Charlotte, NC  28272-1083                Charlotte, NC 28272-1083

Chase Cardmember Services                Clara Company                            Clayton Water Authority
PO Box 15153                             5138 Old Atlanta Road                    1600 Battle Creek Road
Wilmington, DE 19886-5153                Hampton, GA 30228-2542                   Morrow, GA 30260-4302

Comcast                                  Dee Smith                                Peter C. Ensign
PO Box 530098                            215 Talmadge Road                        Ensign Law
Atlanta, GA 30353-0098                   Hampton, GA 30228-1877                   Suite #2
                                                                                  6139 Preservation Drive
                                                                                  Chattanooga, TN 37416-3661

FIA Card Services                        GE Capital Retail Bank                   Georgia Department of Revenue
PO Box 851001                            c/o Recovery Management Systems Corp     164 Burke Street
Dallas, TX 75285-1001                    25 SE 2nd Ave Suite 1120                 Stockbridge, GA 30281-3432
                                         Miami FL 33131-1605

(p)GEORGIA DEPARTMENT OF REVENUE         Georgia Power                            Georgia Power Company
COMPLIANCE DIVISION                      96 Annex                                 c/o Nathan A. Wood
ARCS BANKRUPTCY                          Atlanta, GA 30396-0002                   McGuireWoods LLP
1800 CENTURY BLVD NE SUITE 9100                                                   1230 Peachtree Street NE, Suite 2100
ATLANTA GA 30345-3202                                                             Atlanta, GA 30309-3534

Hedcon Properties, LLC                   (p)HENRY COUNTY TAX COMMISSIONER         Herman E. Talmadge, III
c/o 1175 Peachtree St NE                 140 HENRY PARKWAY                        215 Talmadge Road
100 Colony Sq., #300                     MCDONOUGH GA 30253-6696                  Hampton, GA 30228-1877
Atlanta, GA 30361-6203

Internal Revenue Service                 Internal Revenue Services                Katherine Merit Talmadge
P. O. Box 7346                           Center of Insolvency Operation           215 Tlmadge Road
Philadelphia, PA 19101-7346              PO Box 7346                              Hampton, GA 30228-1877
                                         Philadelphia, PA 19101-7346
```

| | | |
|---|---|---|
| Lees Mill Inc<br>1720 Peachtree Street<br>Suite 150<br>Atlanta, GA 30309-2439 | Lovejoy Investment Co., Inc.<br>215 Talmadge Road<br>Hampton, GA 30228-1877 | Margaret Elizabeth Talmadge<br>215 Talmadge Road<br>Hampton, GA 30228-1877 |
| James H. Morawetz<br>Office of U.S. Trustee<br>362 Richard Russell Bldg.<br>75 Spring Street, SW<br>Atlanta, GA 30303-3330 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Spring Street, SW<br>Atlanta, GA 30303-3315 | Patricia Murphy Talmadge<br>215 Talmadge Road<br>Hampton, GA 30228-1877 |
| James L. Paul<br>Chamberlain, Hrdlicka, White et al<br>34th Floor<br>191 Peachtree Street NE<br>Atlanta, GA 30303-1740 | Peach Appraisal Group, Inc.<br>675 Charles Cox Drive<br>Canton, GA 30115-5411 | Progressive Insurance<br>c/o Terrell Starr Ins.<br>PO Box 545<br>Forest Park, GA 30298-0545 |
| Ramsay Morrison Talmadge<br>215 Talmadge Road<br>Hampton, GA 30228-1877 | Sam's Club/GECRB<br>PO Box 530981<br>Atlanta, GA 30353-0981 | Schreeder Wheeler & Flint LLP<br>1100 Peachtree Street, NE<br>Suite 800<br>Atlanta, GA 30309-4516 |
| Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 | Shailendra Group, LLC<br>1170 Peachtree Street<br>Suite 2350<br>Atlanta, GA 30309-7694 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| State Bank and Trust Company<br>3399 Peachtree Road, N.E.<br>Suite 1700, The Lenox Building<br>Atlanta, GA 30326-2836 | (p)STATE BANK AND TRUST COMPANY<br>ATTN BANKRUPTCIES<br>PO BOX 4748<br>MACON GA 31208-4748 | Herman E. Talmadge Jr.<br>PO Box 364<br>Lovejoy, GA 30250-0364 |
| Tammie L. Mersereau<br>130 River Trace Court<br>McDonough, GA 30253-8260 | Tyler Welch Talmadge<br>215 Talmadge Road<br>Hampton, GA 30228-1877 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta GA 30303-3315 |
| U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 | Verizon<br>PO Box 660108<br>Dallas, TX 75266-0108 | Walton EMC Natural Gas<br>PO Box 1347<br>Monroe, GA 30655-1347 |
| Whaley Hammons Tomasello PC<br>115 Westridge Industrial Blvd.<br>Suite 200<br>McDonough, GA 30253-9028 | William B. Jones<br>JP Capital & Insurance Co.<br>407 East Second Street<br>Jackson, GA 30233-2035 | William Murphy Talmadge<br>215 Talmadge Road<br>Hampton, GA 30228-1877 |
| William W. Noyd, MD<br>1755 East Park Place Blvd<br>Stone Mountain, GA 30087-3459 | Nathan A. Wood<br>McGuire Woods, LLP<br>Promenade II, Suite 2100<br>1230 Peachtree Street, N.E.<br>Atlanta, GA 30309-3574 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Dept. of Revenue<br>Bankruptcy Section<br>Suite 9100<br>1800 Century Blvd., NE<br>Atlanta GA 30345 | Henry County Tax Commissioner<br>Henry County Tax Commissioner<br>140 Henry Parkway<br>McDonough, GA 30253-0488 | (d)Henry County Tax Commissioner<br>140 Henry Parkway<br>McDonough, GA 30253 |
| Sprint<br>PO Box 4191<br>Carol Stream, IL 60197 | State Bank and Trust Company<br>c/o James Bates Brannan Groove<br>3399 Peachtree Rd., NE #1700<br>Atlanta, GA 30326 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Thomas C. Carson | (d)Georgia Power Company<br>c/o Nathan A. Wood<br>McGuireWoods LLP<br>1230 Peachtree St. NE, Suite 2100,<br>Atlanta, GA 30309-3534 | (u)SFS Ltd |
| (u)Margaret E. Talmadge | (u)Tyler W. Talmadge | End of Label Matrix<br>Mailable recipients    58<br>Bypassed recipients     5<br>Total                  63 |