# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 11 |
| **HERMAN E. TALMADGE, JR.,** | ) |
| | ) Case No. 14-50312-wlh |
| **DEBTOR.** | ) |

## FIRST AMENDMENT TO TRUSTEE'S PLAN OF REORGANIZATION FOR THE DEBTOR'S BANKRUPTCY ESTATE UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

COMES NOW Chapter 11 Bankruptcy Trustee J. Michael Levengood and files this, his First Amendment to Trustee's Plan of Reorganization for the Debtor's Bankruptcy Estate Under Chapter 11 of the Bankruptcy Code, revising Article IX, entitled "Manner and Means of Execution of Plan" and Article X, entitled "Retention of Jurisdiction", in order to include the following additional language:

### *ARTICLE IX*

### *MANNER AND MEANS OF EXECUTION OF PLAN*

*The following additional provisions shall apply regarding the operation of Debtor's business and the administration of this Plan:*

(1) The Trustee shall remain in control of the Debtor's assets during the entire administration of this Plan. This includes, without limitation, the power of the Trustee to sell, subject to Bankruptcy Court approval, property of the Debtor's Bankruptcy Estate as well as property in which the Debtor's Bankruptcy Estate holds an interest, as may be necessary in order to pay Creditor Claims, administrative expenses and any costs of implementation of this Plan. The Trustee intends to sell such property and will give notice to creditors and interested parties of any motions filed by the Trustee in this case for authority to sell property, in conjunction with the consummation and execution of this Plan. This Plan contemplates that the Trustee will sell property with Bankruptcy Court approval.

## ARTICLE X

## RENTENTION OF JURISDICTION

The Court shall retain jurisdiction, notwithstanding entry of the Order confirming the Plan and notwithstanding occurrence of the Consummation Date, for the following purposes:

(5) to enter orders approving the sale of property of the Debtor's bankruptcy estate as well as the sale of property in which the Debtor's bankruptcy estate holds an interest under Section 363 of the Code and/or pursuant to this Plan.

To the extent there is any conflict between Trustee's Plan of Reorganization for the Debtor's Bankruptcy Estate Under Chapter 11 of the Bankruptcy Code dated May 1, 2018 and First Amendment to Trustee's Plan of Reorganization for the Debtor's Bankruptcy Estate Under Chapter 11 of the Bankruptcy Code, this Amendment shall control.

Dated this 23rd day of July, 2018

                                  **BANKRUPTCY ESTATE OF HERMAN E. TALAMDGE. JR., DECEASED**

                                  By:   */s/ J. Michael Levengood, Trustee*
                                            Chapter 11 Trustee

*/s/ James C. Joedecke, Jr.*
Thomas J. Andersen
Georgia Bar No. 016250
James C. Joedecke, Jr.
Georgia Bar No. 391885
*Counsel for J. Michael Levengood, Trustee*
ANDERSEN TATE & CARR, P.C.
One Sugarloaf Center, Suite 4000
1960 Satellite Boulevard
Duluth, GA 30097
(770) 822-0900 (telephone)
(770) 822-9680 (facsimile)
jjoedecke@atclawfirm.com