# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 11 |
| **HERMAN E. TALMADGE, JR.,** | ) |
| | ) Case No. 14-50312-wlh |
| **DEBTOR.** | ) |

## SECOND AMENDMENT TO TRUSTEE'S PLAN OF REORGANIZATION FOR THE DEBTOR'S BANKRUPTCY ESTATE UNDER CHAPTER 11 OF THE BANKRUPTCY CODE [ECF NO. 266], AS AMENDED [ECF NO. 294]

COMES NOW Chapter 11 Bankruptcy Trustee J. Michael Levengood and files this, his Second Amendment to Trustee's Plan of Reorganization for the Debtor's Bankruptcy Estate Under Chapter 11 of the Bankruptcy Code [ECF No. 266], as Amended [ECF No. 294], revising Article V, Section 5.8, entitled "Class 11 Claim: Unsecure Claim of Acorn 6", to include the following additional language:

**5.8    Class 11 Claim:  Unsecured Claim of Acorn 6.**  The Trustee has filed a Motion for Approval of Compromise and Settlement of Amount of Allowed Claim of Acorn 6A Front Street Real Estate, LLC Pursuant to Fed. R. Bankr. P. 9019 [ECF No. 308].  Subject to this Court's approval of Trustee's motion, Acorn 6A shall have an allowed unsecured claim in the amount of $25,000.00.  The Allowed Class 11 Acorn 6 Unsecured Claim shall receive payment equal to 100

cents on the dollar. Said payments shall be made without interest in four semi-annual installments commencing six months from the Consummation Date.

To the extent there is any conflict between the Second Amendment and Trustee's Plan of Reorganization for the Debtor's Bankruptcy Estate Under Chapter 11 of the Bankruptcy Code dated May 1, 2018 [ECF No. 266], or First Amendment to Trustee's Plan of Reorganization for the Debtor's Bankruptcy Estate Under Chapter 11 of the Bankruptcy Code [ECF No. 294], this Second Amendment shall control.

Dated this 29th day of August, 2018

       **BANKRUPTCY ESTATE OF HERMAN E. TALAMDGE. JR., DECEASED**

       By:   */s/ J. Michael Levengood, Trustee*
              Chapter 11 Trustee

*/s/ James C. Joedecke, Jr.*
Thomas J. Andersen
Georgia Bar No. 016250
James C. Joedecke, Jr.
Georgia Bar No. 391885
*Counsel for J. Michael Levengood, Trustee*
ANDERSEN TATE & CARR, P.C.
One Sugarloaf Center, Suite 4000
1960 Satellite Boulevard

Duluth, GA 30097
(770) 822-0900 (telephone)
(770) 822-9680 (facsimile)
jjoedecke@atclawfirm.com