UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 11 |
| HERMAN E. TALMADGE, JR., | ) |
| | ) Case No. 14-50312-wlh |
| DEBTOR. | ) |

**FOURTH AMENDMENT TO TRUSTEE'S PLAN OF REORGANIZATION FOR THE DEBTOR'S BANKRUPTCY ESTATE UNDER CHAPTER 11 OF THE BANKRUPTCY CODE [ECF NO. 266], <u>AS AMENDED [ECF NOS. 294, 310]</u>**

**COMES NOW** Chapter 11 Bankruptcy Trustee J. Michael Levengood and files this, his Fourth Amendment to Trustee's Plan of Reorganization for the Debtor's Bankruptcy Estate Under Chapter 11 of the Bankruptcy Code [ECF No. 266], as Amended [ECF Nos. 294, 310], revising Article V, Section 5.5, entitled "Class 8 Claim: Partitioning Children Claim", to include the following additional language:

**5.5** <u>**Class 8 Claim: Partitioning Children Claim.**</u> Provided the Class 8 Partitioning Children consent to the sale of the 121 Acre Tract and the payment of Net Proceeds in the manner described in Section 5.3 of the Plan as amended by the Third Amendment to the Plan, then the Trustee will, upon the Consummation Date, consent to the lifting of the automatic stay to permit the Henry County Partition Action to proceed in full and final satisfaction of the Class 8 Claim as to all jointly

owned property in which the Partitioning Children have an ownership interest except for the 121 Acre Tract that will be the subject of sale in accordance with the provisions of the Plan. The Trustee will be permitted to participate in the Henry County Partition Action as the representative of the Debtor's bankruptcy estate. The Henry County Partition Action will proceed with all parties reserving all rights and defenses that may be asserted in the Henry County Partition Action and all equitable claims and defenses that may arise in the Henry County Partition Action.

To the extent there is any conflict between Trustee's Plan of Reorganization for the Debtor's Bankruptcy Estate Under Chapter 11 of the Bankruptcy Code dated May 1, 2018 [ECF No. 266] and First and Second Amendments to Trustee's Plan of Reorganization for the Debtor's Bankruptcy Estate Under Chapter 11 of the Bankruptcy Code [ECF Nos. 294, 310], this Amendment shall control.

Dated this 19th day of September, 2018

                **BANKRUPTCY ESTATE OF HERMAN E. TALAMDGE. JR., DECEASED**

                By:   */s/ J. Michael Levengood,트rustee*
                      Chapter 11 Trustee

*/s/ James C. Joedecke, Jr.*
Thomas J. Andersen
Georgia Bar No. 016250
James C. Joedecke, Jr.
Georgia Bar No. 391885

*Counsel for J. Michael Levengood, Trustee*
ANDERSEN TATE & CARR, P.C.
One Sugarloaf Center, Suite 4000
1960 Satellite Boulevard
Duluth, GA 30097
(770) 822-0900 (telephone)
(770) 822-9680 (facsimile)
jjoedecke@atclawfirm.com