# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-50312-wlh |
| HERMAN E. TALMADGE, JR | ) | Judge Wendy L. Hagenau |
| | ) | |
| Debtor. | ) | Chapter 11 |

---

## TRUSTEE'S MONTHLY OPERATING REPORT (INDIVIDUAL)
## FOR THE PERIOD
## FROM <u>April 1, 2019</u> **to** <u>April 30, 2019</u>

Comes now J. MICHAEL LEVENGOOD, Chapter 11 Trustee in this case and files his Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:     <u>May 20, 2019     </u>                    <u>*/s/ J. Michael Levengood*     </u>
                                                        J. MICHAEL LEVENGOOD
                                                        *Georgia Bar 447934*

                                                        Chapter 11 Trustee

Law Office of J. Michael Levengood, LLC
150 S. Perry Street, Suite 208
Lawrenceville, Georgia 30046
678-765-1745
mlevengood@levengoodlaw.com

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg.info.htm
1)  Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)  Initial Filing Requirements
3)  Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| | |
|---|---|
| **Case Name:**  Herman E. Talmadge, Jr. | |
| **Case Number:**  14-50312-wlh | |

Note: This information requested below is a summary of the information reported in the various Schedules and Attachments contained within this report.

| | Month | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month (Household)** | 34,599.62 | 11,088.52 |
| **CASH - Beginning of Month (Business)** | 0 | 0 |
| | | |
| **Total Household Receipts** | 8,605.28 | 592,965.61 |
| **Total Business Receipts** | 0 | 0 |
| **Total Receipts** | 8,605.28 | 592,965.61 |
| | | |
| **Total Household Disbursements** | (14.00) | (560,863.23) |
| **Total Business Disbursements** | 0 | 0 |
| **Total Disbursements** | (14.00) | (560,863.23) |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 8,591.28 | 32,102.38 |
| | | |
| CASH - End of Month (Individual) | 43,190.90 | 43,190.90 |
| CASH - End of Month (Business) | 0 | 0 |
| | | |
| **CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES** | | |
| | | |
| **Total Disbursements (From Above)** | | 560,849.23 |
| **Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw)** | 0 | 0 |
| **Less: Amount of deposited items returned, subject to later distribution after reissued items are deposited** | 0 | (6,849.58) |
| **DISBURSEMENT FOR U.S. TRUSTEE FEE CALCULATION** | **14.00** | **554,013.65** |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This 20th day of May, 2019.            */s/ J. Michael Levengood, Chapter 11 Trustee*
                              Chapter 11 Trustee's Signature

Monthly Operating Report - Individual

- 2 -

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | 34,599.62 | 11,088.52 |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash From Business | 8,604.69 | 539,917.66 |
| Wages and Other Sources (attach list to this report) | | |
| Interest or Dividend Income | .59 | 44.66 |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | 3,099.90 |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | 47,000.00 |
| Other (specify) (attach list to this report) | | 2,070.39 |
| Trustee Bond Refund | | 833.00 |
| **TOTAL RECEIPTS** | 8,605.28 | 604,054.135 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | 0 |
| Charitable Contributions | | 0 |
| Gifts | | 0 |
| Household Expenses/Food/Clothing | | 0 |
| Household Repairs & Maintenance | | 0 |
| Insurance | | 17,691.78 |
| IRA Contribution | | 0 |
| Lease/Rent Payments | | 0 |
| Medical/Dental Payments | | 9,375.79 |
| Mortgage Payment(s) | | 0 |
| Other Secured Payments | | 0 |
| Taxes - Personal Property | | 7,500.00 |
| Taxes - Real Estate | | 64,636.79 |
| Taxes Other (attach schedule) | | 202,871.87 |
| Travel & Entertainment | | 0 |
| Tuition/Education | | 0 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | | 23,479.11 |
| Vehicle Expenses | | 0 |
| U.S. Trustee Quarterly Fees | | 9,429.69 |
| Professional Fees (Legal/Accounting/Appraisal/Timber) | | 131,688.75 |
| Other (attach schedule) – funeral expense | | 47,964.93 |
| Other (attach schedule) | 14.00 | 46,224.52 |
| **Total Household Disbursements** | 14.00 | 560,863.23 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | 43,190.90 | 43,190.90 |

Monthly Operating Report - Individual

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | 0 | 0 |
|  |  |  |
| **BUSINESS CASH RECEIPTS** |  |  |
| Cash Sales | 0 | 0 |
| Account Receivable Collection | 0 | 0 |
| Loans/Borrowing from Outside Sources (attach list to this report) | 0 | 0 |
| Rental Income | 0 | 0 |
| Sale of Business Assets (attach list to this report) | 0 | 0 |
| Other (specify) (attach list to this report) | 0 | 0 |
|  |  |  |
| **TOTAL BUSINESS RECEIPTS** | 0 | 0 |
|  |  |  |
| **BUSINESS CASH DISBURSEMENTS** |  |  |
| Net Payroll (Excluding Self) | 0 | 0 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | 0 | 0 |
| Taxes – Payroll | 0 | 0 |
| Taxes – Sales | 0 | 0 |
| Taxes - other (attach schedule) | 0 | 0 |
| Contract Labor (Subcontractors) | 0 | 0 |
| Inventory Purchases | 0 | 0 |
| Secured/Lease Payments (Business) | 0 | 0 |
| Utilities (Business) | 0 | 0 |
| Insurance | 0 | 0 |
| Vehicle Expenses | 0 | 0 |
| Travel & Entertainment | 0 | 0 |
| Repairs & Maintenance | 0 | 0 |
| Supplies | 0 | 0 |
| Charitable Contributions/Gifts | 0 | 0 |
| Purchase of Fixes Assets | 0 | 0 |
| Advertising | 0 | 0 |
| Bank Charges | 0 | 0 |
| Other (attach schedule) | 0 | 0 |
|  |  |  |
| **Total Business Disbursements** | 0 | 0 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | 0 | 0 |

Monthly Operating Report - Individual

**MONTHLY OPERATING REPORT -**                                          **ATTACHMENT 1**
**INDIVIDUAL**

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business during this reporting period? | | x |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account? | | x |
| 3.  Are any post-petition receivables (accounts, notes or loans) due from any relatives, insiders, or related party? | | x |
| 4.  Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 5.  Have any post-petition loans been received by the debtor from any party? | | x |
| 6.  Are any post-petition payroll taxes due? | | x |
| 7.  Are any post-petition state or federal income taxes past due? | | x |
| 8.  Are any post-petition state or local sales taxes past due? | | x |
| 9   Are any post-petition real estate taxes past due? | x | |
| 10.  Are any amounts owed to post-petition creditors/vendors delinquent? | | x |
| 11.  Are any wage payments past due? | | x |

**If the answer to any of the above questions is "YES", provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1.  Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2.  Are all premium payments current? | X | |

**If the answer to any of the above questions is "NO", provide a detailed explanation of each item on a separate sheet.**

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| State Farm Insurance – Homeowners* | 7/15/2018-7/15/2019 | $9,746.00/annual * | -0- |
| | | | |
| * Paid outside of the bankruptcy estate | | | |
| | | | |

___ Check here if United States Trustee has been listed as a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| The Plan consummation Date was November 20, 2018 and the Trustee is implementing the confirmed Plan. Payments to creditors have commenced with the January 2019 payment of priority ad valorem taxes to the Henry County Tax Commissioner.  The Trustee has obtained approval to sell timber and harvest operations began in March – see attached reconciliation of sub-accounts.  The Trustee plans to move forward with the auction sale of the 121 acre tract jointly owned by the bankruptcy estate and the children of the debtor in accordance with the Plan if private sale negotiations are not successful. The Trustee has entered into a sale of substantially all of the real estate that is subject to Bankruptcy Court approval and hearings on the sale motions are scheduled for May 23, 2019. |

**MONTHLY OPERATING REPORT -**                                    **ATTACHMENT 1B**
**INDIVIDUAL**

Question 9    Are any post-petition real estate taxes past due?   Yes

Explanation: Of the co-owned properties, some but not all of the post-petition real estate *ad valorem* taxes
have at times been paid by the Trustee and non-debtor co-owners of the properties and of the properties
100% owned by the estate of the decedent, the post-petition real estate *ad valorem* taxes have been paid
by non-debtor entities and by the Trustee.

**MONTHLY OPERATING REPORT -**                **ATTACHMENT NO. 2**
**INDIVIDUAL**

### BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank:** | United Comm. Bank | United Comm. Bank | United Comm. Bank | |
| **Account Number:** | ending #7607 | ending #7599 | ending# 9677 | |
| **Purpose of Account (Business/Personal)** | Personal | Personal | Personal | |
| **Type of Account (e.g. checking)** | Checking | Tax Escrow | Checking | |
| | | | | |
| **1. Balance per Bank Statement** | 34,499.62 | 100.00 | 7,857.27 | |
| **2. ADD:** Deposits not credited (attach list to this report) | 0 | 0 | 0 | |
| **3. SUBTRACT:** Outstanding Checks (attach list) | 0 | 0 | 0 | |
| **4.** Other Reconciling Items (attach list to this report) | 0 | 0 | 0 | |
| **5. Month End Balance** (Must Agree with Books) | 35,233.63 | 100.00 | 7,857.27 | |
| **TOTAL OF ALL ACCOUNTS** | | | | 43,190.90 |

**Note: Attach copy of each bank statement and bank reconciliation for each account.**

| Investment Account Information<br><br>BANK / ACCOUNT NAME / NUMBER | Date of Purchase | Type of Purchase | Purchase Price | Current Value |
|---|---|---|---|---|
| NOT APPLICABLE | N/A | N/A | N/A | N/A |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach copy of each investment account statement.**

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

**ATTACHMENT NO. 3A**

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| | |
|---|---|
| **Name of Bank** | United Comm. Bank |
| **Account Number** | Ending #7607 |
| **Purpose of Account (Personal)** | Personal |
| **Type of Account (e.g. Checking)** | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Fee | 4-4-19 | United Community Bank | Bank Fee | 14.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 14.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

- 8 -

**MONTHLY OPERATING REPORT -**                                      **ATTACHMENT NO. 3B**
**INDIVIDUAL**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | NOT APPLICABLE |
|---|---|
| Account Number | |
| Purpose of Account (Personal) | |
| Type of Account (e.g. Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| NONE DURING THIS PERIOD |
|---|
| |
| |
| |

**MONTHLY OPERATING REPORT -**                          **ATTACHMENT NO. 4**
**INDIVIDUAL**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- and Post -Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | 0 | 0 |
|    Plus:  Billings During the Month | 0 | 0 |
|    Less:  Collections During the Month | 0 | 0 |
| Adjustments or WriteOffs* | 0 | 0 |
| Account  Receivables Ending Balance** | 0 | 0 |

| ACCOUNTS RECEIVABLE AGING (Pre- and Post -Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | 0 | 0 |
| 31 - 60 Days | 0 | 0 |
| 61 - 90 Days | 0 | 0 |
| Over 90 Days | 0 | 0 |
| | | |
| **Total Accounts Receivable*** | **0** | **0** |

* Attach explanation of any adjustment or writeoff.

*The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
|    Withholding** | 0 | 0 |
|    FICA – Employee | 0 | 0 |
|    FICA – Employer | 0 | 0 |
|    Unemployment | 0 | 0 |
|    Income | 0 | 0 |
|    Other (Attach List) | 0 | 0 |
| **Total Federal Taxes** | 0 | 0 |
| | | |
| **State and Local Taxes** | | |
|    Withholding | 0 | 0 |
|    Sales | 0 | 0 |
|    Unemployment | 0 | 0 |
|    Real Property | 0 | 26,028.79 est. accrual |
|    Personal Property - property tax accruing but not billed | 0 | 0 |
|    Other (Attach List) | 0 | 0 |
| **Total State & Local Taxes** | 0 | 26,028.79 |
| **Total Post-Petition Taxes** | 0 | 26,028.79 |

* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the
  amount should be zero.

*** Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit.

**MONTHLY OPERATING REPORT -**                                                  **ATTACHMENT NO. 5**
**INDIVIDUAL**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | | | |
| | | | |
| **Accounts Payable Beginning Balance\*** | 0 | 0 | |
| Plus:  New Indebtedness During the Month | 0 | 0 | |
| Less:  Amount Paid on Acct Payables in Month | 0 | 0 | |
| **Accounts Payable Ending Balance** | 0 | 0 | |

\*  The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the
    amount should be zero
\*\* Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| **(List all bills or invoices since the filing of the petition (Post-Petition Only) and have NOT been paid\*\*\*)** | | | |
| **Vendor & Description of Bill/Invoice** | **Date Incurred** | **Days Outstanding** | **Amount** |
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASE, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| **Name of Secured Creditor/Lessor** | **Scheduled Monthly Payment Due** | **Total Past Due from Prior Month(s)** | **Amount Paid During Month** | **Total Unpaid Postpetition** | **Total Number of Payments Past Due** |
| NONE DURING THIS PERIOD | | | | | |
| | | | | | |
| | | | | | |

**MONTHLY OPERATING REPORT -**                                    **ATTACHMENT NO. 6**
**INDIVIDUAL**

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

## OTHER RECEIPTS

| Date | Source | Purpose or Description | Amount |
|------|--------|------------------------|--------|
| 12/12/16 | US Treasury | 2006 Income Tax Refund | 819.42 |
| 12/12/16 | US Treasury | 2007 Income Tax Refund | 1,244.18 |
| 11/17/17 | US Treasury | 2014 Income Tax Refund | 6.79 |
| | | Total | 2,070.39 |

## OTHER DISBURSEMENTS

| Date | Payee | Purpose or Description | Amount |
|---|---|---|---|
| 5/6/15 | United Community Bank | Check Printing | 152.48 |
| 1/20/16 | United Community Bank | Wire Fee | 14.00 |
| 5/13/17 | United Community Bank | Check Printing | 152.48 |
| 11/22/17 | American Tower | Deposited check returned – stale dated | 667.34 |
| 11/22/17 | American Tower | Deposited check returned – stale dated | 667.34 |
| 11/22/17 | American Tower | Deposited check returned – stale dated | 667.34 |
| 11/22/17 | American Tower | Deposited check returned – stale dated | 667.34 |
| 11/22/17 | American Tower | Deposited check returned – stale dated | 667.34 |
| 11/22/17 | American Tower | Deposited check returned – stale dated | 667.34 |
| 11/22/17 | Dr. Bell | Deposited check returned – deceased – account closed | 413.40 |
| 11/22/17 | Dr. Bell | Deposited check returned – deceased – account closed | 413.65 |
| 11/22/17 | Dr. Bell | Deposited check returned – deceased – account closed | 413.65 |
| 11/22/17 | United Community Bank | Deposited Item Return Fees | 90.00 |
| 4/20/18 | United Community Bank | Incoming wire transfer fees (4 @ $14.00) | 56.00 |
| 7/6/18 | American Tower | Deposited check returned – reissued | 747.42 |
| 7/6/18 | American Tower | Deposited check returned – reissued | 747.42 |
| 7/6/18 | United Community Bank | Deposited Item Return Fees | 20.00 |
| 12/27/18 | United Community Bank | Incoming wire transfer fee | 14.00 |
| 1/2/19 | J Michael Levengood | Chapter 11 Trustee Fee | 19,170.07 |
| 3/14/19 | Auction Management Corp. | Auction preparation fees | 19,801.91 |
| 4/4/19 | United Community Bank | Incoming wire transfer fee | 14.00 |
| | | Total | 46,224.52 |

## LOANS

| Date | Source | Purpose or Description | Amount |
|---|---|---|---|
| 4-13-18 | Herman Talmadge III | Proceeds of loan to Trustee | 17,500.00 |
| 4-16-18 | Katherine Talmadge | Proceeds of loan to Trustee | 17,500.00 |
| 4-20-18 | Herman Talmadge III | Proceeds of loan to Trustee | 3,000.00 |
| 4-20-18 | Herman Talmadge III | Proceeds of loan to Trustee | 9,000.00 |
| | | | |
| | | Total | 47,000.00 |

- 13 -

43231

# U United
## Community Bank.

2230 RIVERSIDE PARKWAY • LAWRENCEVILLE GA 30043
TELEPHONE: 800-822-2651   12
RETURN SERVICE REQUESTED

| Account Number | XXXXXX7607 |
|---|---|
| Statement Date | 04/19/2019 |
| Balance | 35,233.63 |
| Enclosures | 0 |
| Page | 1 of 2 |

10162 1 AB 0.409         P:10162 / T:38 / S:

HERMAN E TALMADGE JR BANKRUPTCY ESTATE
J MICHAEL LEVENGOOD CHAPTER 11 TRUSTEE
GENERAL OPERATING ACCOUNT
150 S PERRY ST STE 208
LAWRENCEVILLE GA 30046-4847



Take your branch
on-the-go with
Online and
Mobile Banking.

ucbi.com/online-banking

*View and manage your bank accounts, right from your desktop, tablet or smartphone with United's Online and Mobile Banking experience. We're making money management easier than ever before with features like Pay Friends, eStatements and more. Get started at ucbi.com/online-banking*

## GoldenPremier CHKING ACCOUNT XXXXXX7607

| | | | | |
|---|---|---|---|---|
| MINIMUM BALANCE | 34,499.62 | LAST STATEMENT 03/21/19 | | 34,499.62 |
| AVG AVAILABLE BALANCE | 36,926.22 | 3 CREDITS | | 8,171.03 |
| AVERAGE BALANCE | 36,951.99 | 2 DEBITS | | 7,437.02 |
| | | THIS STATEMENT 04/19/19 | | 35,233.63 |

### DEPOSITS

| REF # | DATE | AMOUNT | REF # | DATE | AMOUNT | REF # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 04/04 | 747.42 | | | | | | |

### OTHER CREDITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| WIRE/IN-201909400309;ORG FLINT FOREST PRODUCTS LLC;OBI | 04/04 | 7,423.02 |
| PARCEL ID: 006-01023001 ( | | |
| INTEREST AT .0201 % | 04/19 | .59 |

### OTHER DEBITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| WIRE FEE-201909400309;INCOMING WIRE FEE - 012 | 04/04 | 14.00 |
| wire correction to Andersen Tate & Carr per MLevengood | 04/12 | 7,423.02 |

### INTEREST

| | | | |
|---|---|---|---|
| AVERAGE LEDGER BALANCE: | 36,951.99 | INTEREST EARNED: | .59 |
| AVERAGE AVAILABLE BALANCE: | 36,926.22 | DAYS IN PERIOD: | 29 |
| INTEREST PAID THIS PERIOD: | .59 | ANNUAL PERCENTAGE YIELD EARNED: | .02% |
| INTEREST PAID 2019: | 3.66 | | |

* * *  C O N T I N U E D  * * *



FACT #54: DOGS CAN HAVE A 'EUREKA'
MOMENT WHEN SOLVING A PROBLEM.

14




Member
FDIC

| Account Number | XXXXXX7607 |
|---|---|
| Statement Date | 04/19/2019 |
| Balance | 35,233.63 |
| Enclosures | 0 |
| Page | 2 of 2 |

## GoldenPremier CHKING ACCOUNT XXXXXX7607

### ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | $.00 | $.00 |
| TOTAL RETURNED ITEM FEES: | $.00 | $.00 |

### DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 04/04 | 42,656.06 | 04/12 | 35,233.04 | 04/19 | 35,233.63 |

43225

# United
## Community Bank®

**2230 RIVERSIDE PARKWAY • LAWRENCEVILLE GA 30043**
**TELEPHONE: 800-822-2651    12**
**RETURN SERVICE REQUESTED**

| Account Number | XXXXXX7599 |
|---|---|
| Statement Date | 04/19/2019 |
| Balance | 100.00 |
| Enclosures | 0 |
| Page | 1 of 1 |


Take your branch on-the-go with Online and Mobile Banking.
ucbi.com/online-banking

10160 1 AB 0.409          P:10160 / T:38 / S:

HERMAN E TALMADGE JR BANKRUPTCY ESTATE
J MICHAEL LEVENGOOD CHAPTER 11 TRUSTEE
TAX ESCROW ACCOUNT
150 S PERRY ST STE 208
LAWRENCEVILLE GA 30046-4847

*View and manage your bank accounts, right from your desktop, tablet or smartphone with United's Online and Mobile Banking experience. We're making money management easier than ever before with features like Pay Friends, eStatements and more. Get started at ucbi.com/online-banking*

## GOLDEN CHECKING ACCOUNT XXXXXX7599

|  |  | LAST STATEMENT 03/21/19 | 100.00 |
|---|---|---|---|
| MINIMUM BALANCE | 100.00 | CREDITS | .00 |
| AVG AVAILABLE BALANCE | 100.00 | 1 DEBITS | .00 |
| AVERAGE BALANCE | 100.00 | THIS STATEMENT 04/19/19 | 100.00 |

### OTHER DEBITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Reactivate Account | 03/27 | .00 |

### ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES

|  | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | $.00 | $.00 |
| TOTAL RETURNED ITEM FEES: | $.00 | $.00 |

### DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 03/27 | 100.00 |  |  |  |  |


FACT #54: DOGS CAN HAVE A 'EUREKA MOMENT' WHEN SOLVING A PROBLEM.



16


Member FDIC

**Reconciliation of Timber Harvest Proceeds to Bank Statements**

| INTEREST | Parcel ID | % | FFP Statement # | Amount | Date Wire Received | Gene Acct 1 | HET III Acct 2 | Murphy Acct 3 | Ramsay Acct 4 | Katherine Acct 5 | Tyler Acct 6 | Mitt Acct 7 | Patricia Acct 8 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/7 Undivided Interest | 006-01023001 | 14.286% | 3853 | $ 7,423.02 | 4/4/2019 | $1,060.43 | $ 1,060.43 | $ 1,060.43 | $1,060.43 | $1,060.43 | $1,060.43 | $1,060.43 | | |
| 1/7 Undivided Interest | 006-01023001 | 14.286% | 3872 | $13,213.34 | 4/11/2019 | $1,887.62 | $ 1,887.62 | $ 1,887.62 | $1,887.62 | $1,887.62 | $1,887.62 | $1,887.62 | | |
| 1/7 Undivided Interest | 006-01023001 | 14.286% | 3889 | $15,321.87 | 4/18/2019 | $2,188.84 | $ 2,188.84 | $ 2,188.84 | $2,188.84 | $2,188.84 | $2,188.84 | $2,188.84 | | |
| 1/7 Undivided Interest | 006-01023001 | 14.286% | 3910 | $ 3,976.01 | 4/26/2019 | $ 568.00 | $ 568.00 | $ 568.00 | $ 568.00 | $ 568.00 | $ 568.00 | $ 568.00 | | |
| 1/8 Undivided Interest | 001-01003006 | 12.500% | 3909 | $17,219.06 | 4/26/2019 | $2,152.38 | $ 2,152.38 | $ 2,152.38 | $2,152.38 | $2,152.38 | $2,152.38 | $2,152.38 | $2,152.38 | $57,153.30 |
| TOTAL | | | | $57,153.30 | | | | | | | | | | |
| Balance Per Bank Statement | | | | | | $7,857.27 | $ 7,857.27 | $ 7,857.27 | $7,857.27 | $7,857.27 | $7,857.27 | $7,857.27 | $2,152.38 | $57,153.30 |

**Calculation of Escrows and Disbursements**

| | | Amount | Gene Acct 1 | HET III Acct 2 | Murphy Acct 3 | Ramsay Acct 4 | Katherine Acct 5 | Tyler Acct 6 | Mitt Acct 7 | Patricia Acct 8 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ad Valorem Tax | 001-01004000 Owned 100% by HET Jr. | $1,116.44 | ($1,116.44) | | | | | | | | ($1,116.44) |
| Ad Valorem Tax | 006-01023001 | $1,041.66 | ($148.81) | ($148.81) | ($148.81) | ($148.81) | ($148.81) | ($148.81) | ($148.81) | | ($1,041.66) |
| Ad Valorem Tax | 001-01003006 | $3,046.39 | ($380.80) | ($380.80) | ($380.80) | ($380.80) | ($380.80) | ($380.80) | ($380.80) | ($380.80) | ($3,046.39) |
| NRC Management Fee | 6% | | ($1,420.70) | ($732.16) | ($732.16) | ($732.16) | ($732.16) | ($732.16) | ($732.16) | ($389.86) | ($6,203.49) |
| NRC Marking Fee | $6,500.00 | | ($893.60) | ($893.60) | ($893.60) | ($893.60) | ($893.60) | ($893.60) | ($893.60) | ($244.79) | ($6,500.00) |
| Henry County "Severance" Tax in mills | 38.361 | | ($908.32) | ($468.10) | ($468.10) | ($468.10) | ($468.10) | ($468.10) | ($468.10) | ($249.26) | ($3,966.20) |
| Federal Income Tax | 20% | | ($3,866.59) | | | | | | | | ($3,866.59) |
| Net Investment Tax | 3.80% | | ($734.65) | | | | | | | | ($734.65) |
| State Income Tax | 6% | | ($1,159.98) | | | | | | | | ($1,159.98) |
| Federal Tax Lien | | | ($182,802.13) | ($49,767.67) | | | | | | | |
| Net Proceeds | | | ($2,772.48) | ($177,568.19) | ($44,533.73) | $5,233.94 | $5,233.94 | $5,233.94 | $5,233.94 | $ 887.71 | |

NOTE: Parcel 001-01004000 is owned 100% by the debtor H E Talmadge, Jr. and is subject to a $140,000 advance made by Flint Forest Products, consequently, no proceeds were received.
However, under terms of the confirmed Plan, past due and current Henry County ad valorem taxes are due when timbering commences on each parcel.
The Trustee has additionally reserved for federal income tax, net investment income tax and state income tax on the $11,475.67 harvested from this parcel.

191933



**United**
**Community Bank** ®

2230 RIVERSIDE PARKWAY • LAWRENCEVILLE GA 30043
TELEPHONE: 800-822-2651   12
RETURN SERVICE REQUESTED

| | |
|---|---|
| Account Number | XXXXXX9677 |
| Statement Date | 04/30/2019 |
| Balance | 7,857.27 |
| Enclosures | 0 |
| Page | 1 of 1 |

42794 1 AB 0.409      P:42794 / T:157 / S:



ANDERSEN TATE & CARR P C
ESCROW AGENT
TRUSTEE ESCROW ACCOUNT NUMBER ONE
CONSERVATOR ACCOUNT
1960 SATELLITE BLVD STE 4000
DULUTH GA 30097-4128



Take your branch
on-the-go with
Business Online
and Mobile Banking.

ucbi.com/business-online-banking

*Relieve your payroll stress by letting our dedicated specialists handle payroll, tax preparation and remittance for you. We provide hassle-free solutions that support your accounting and HR processes, so you can focus on growing your business. Learn more at ucbi.com/payroll*

## BUSINESS FREEDOM ACCOUNT XXXXXX9677

| | | | |
|---|---|---|---|
| MINIMUM BALANCE | 2,948.05 | LAST STATEMENT 04/01/19 | .00 |
| AVG AVAILABLE BALANCE | 4,880.48 | 4 CREDITS | 7,857.27 |
| AVERAGE BALANCE | 4,880.48 | DEBITS | .00 |
| | | THIS STATEMENT 04/30/19 | 7,857.27 |

### OTHER CREDITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| DDA to DDA Transfer - from ATC IOLTA | 04/16 | 1,060.43 |
| Transfer from XXXXXX868 | 04/16 | 1,887.62 |
| Sale proceeds | 04/19 | 2,188.84 |
| Transfer from XXXXXX868 | 04/30 | 2,720.38 |

### DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 04/16 | 2,948.05 | 04/19 | 5,136.89 | 04/30 | 7,857.27 |



Forbes 2019
WORLD'S BEST
BANKS

Powered by STATISTA

## IT'S OUR HONOR

We've been named to Forbes' list of World's Best Banks.
We look forward to serving each and every customer
who made this award possible for years to come.

Learn more about the recognition at **ucbi.com/forbes**





Member
FDIC



**United**
**Community Bank** ®

2230 RIVERSIDE PARKWAY • LAWRENCEVILLE GA 30043
TELEPHONE: 800-822-2651    12
RETURN SERVICE REQUESTED

| | |
|---|---|
| Account Number | XXXXXX9669 |
| Statement Date | 04/30/2019 |
| Balance | 7,857.27 |
| Enclosures | 0 |
| Page | 1 of 1 |



Take your branch
on-the-go with
Business Online
and Mobile Banking.

ucbi.com/business-online-banking

42793 1 AB 0.409       P:42793 / T:157 / S:



ANDERSEN TATE & CARR P C
ESCROW AGENT
TRUST ESCROW ACCT 2 H.E.T.III
CONSERVATOR ACCOUNT
1960 SATELLITE BLVD STE 4000
DULUTH GA 30097-4128

*Relieve your payroll stress by letting our dedicated specialists handle payroll, tax preparation and remittance for you. We provide hassle-free solutions that support your accounting and HR processes, so you can focus on growing your business. Learn more at ucbi.com/payroll*

## BUSINESS FREEDOM ACCOUNT XXXXXX9669

| | | | | |
|---|---|---|---|---|
| | | LAST STATEMENT 04/10/19 | | .00 |
| MINIMUM BALANCE | 2,948.05 | 4 CREDITS | | 7,857.27 |
| AVG AVAILABLE BALANCE | 4,880.48 | DEBITS | | .00 |
| AVERAGE BALANCE | 4,880.48 | THIS STATEMENT 04/30/19 | | 7,857.27 |

### OTHER CREDITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| DDA to DDA Transfer - fr ATC IOLTA | 04/16 | 1,060.43 |
| Transfer from XXXXXX868 | 04/16 | 1,887.62 |
| Sale proceeds | 04/19 | 2,188.84 |
| Transfer from XXXXXX868 | 04/30 | 2,720.38 |

### DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 04/16 | 2,948.05 | 04/19 | 5,136.89 | 04/30 | 7,857.27 |



Forbes 2019
WORLD'S BEST BANKS
Powered by STATISTA

## IT'S OUR HONOR

We've been named to Forbes' list of World's Best Banks.
We look forward to serving each and every customer
who made this award possible for years to come.

Learn more about the recognition at **ucbi.com/forbes**



EQUAL HOUSING LENDER

Member
**FDIC**

191935



**2230 RIVERSIDE PARKWAY • LAWRENCEVILLE GA 30043**
**TELEPHONE: 800-822-2651    12**
**RETURN SERVICE REQUESTED**



| | |
|---|---|
| Account Number | XXXXXX9685 |
| Statement Date | 04/30/2019 |
| Balance | 7,857.27 |
| Enclosures | 0 |
| Page | 1 of 1 |



Take your branch
on-the-go with
Business Online
and Mobile Banking.

ucbi.com/business-online-banking

42795 1 AB 0.409        P:42795 / T:157 / S:

ANDERSEN TATE & CARR P C
ESCROW AGENT
TRUSTEE ESCROW ACCT 3 MURPHY TALMADGE
CONSERVATOR ACCOUNT
1960 SATELLITE BLVD STE 4000
DULUTH GA 30097-4128

*Relieve your payroll stress by letting our dedicated specialists handle payroll, tax preparation and remittance for you. We provide hassle-free solutions that support your accounting and HR processes, so you can focus on growing your business. Learn more at ucbi.com/payroll*

## BUSINESS FREEDOM ACCOUNT XXXXXX9685

| | | | | |
|---|---|---|---|---|
| MINIMUM BALANCE | 2,948.05 | LAST STATEMENT 04/10/19 | | .00 |
| AVG AVAILABLE BALANCE | 4,880.48 | 4 CREDITS | | 7,857.27 |
| AVERAGE BALANCE | 4,880.48 | DEBITS | | .00 |
| | | THIS STATEMENT 04/30/19 | | 7,857.27 |

### OTHER CREDITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| DDA to DDA Transfer - fr ATC IOLTA | 04/16 | 1,060.43 |
| Transfer from XXXXXX868 | 04/16 | 1,887.62 |
| Sale proceeds | 04/19 | 2,188.84 |
| Transfer from XXXXXX868 | 04/30 | 2,720.38 |

### DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 04/16 | 2,948.05 | 04/19 | 5,136.89 | 04/30 | 7,857.27 |



## IT'S OUR HONOR

We've been named to Forbes' list of World's Best Banks. We look forward to serving each and every customer who made this award possible for years to come.

Learn more about the recognition at **ucbi.com/forbes**







191939



United
Community Bank®

2230 RIVERSIDE PARKWAY • LAWRENCEVILLE GA 30043
TELEPHONE: 800-822-2651    12
RETURN SERVICE REQUESTED

| Account Number | XXXXXX9701 |
|---|---|
| Statement Date | 04/30/2019 |
| Balance | 7,857.27 |
| Enclosures | 0 |
| Page | 1 of 1 |



42797 1 AB 0.409       P:42797 / T:157 / S:

ANDERSEN TATE & CARR P C
ESCROW AGENT
TRUSTEE ESCROW ACCT 4 RAMSEY TALMADGE
CONSERVATOR ACCOUNT
1960 SATELLITE BLVD STE 4000
DULUTH GA 30097-4128



Take your branch
on-the-go with
Business Online
and Mobile Banking.

ucbi.com/business-online-banking

*Relieve your payroll stress by letting our dedicated specialists handle payroll, tax preparation and remittance for you. We provide hassle-free solutions that support your accounting and HR processes, so you can focus on growing your business. Learn more at ucbi.com/payroll*

## BUSINESS FREEDOM ACCOUNT XXXXXX9701

| MINIMUM BALANCE | 2,948.05 | LAST STATEMENT 04/10/19 | .00 |
|---|---|---|---|
| AVG AVAILABLE BALANCE | 4,880.48 | 4 CREDITS | 7,857.27 |
| AVERAGE BALANCE | 4,880.48 | DEBITS | .00 |
| | | THIS STATEMENT 04/30/19 | 7,857.27 |

### OTHER CREDITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| DDA to DDA Transfer - fr ATC IOLTA | 04/16 | 1,060.43 |
| Transfer from XXXXXX868 | 04/16 | 1,887.62 |
| Sale proceeds | 04/19 | 2,188.84 |
| Transfer from XXXXXX868 | 04/30 | 2,720.38 |

### DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 04/16 | 2,948.05 | 04/19 | 5,136.89 | 04/30 | 7,857.27 |



Forbes2019
WORLD'S BEST
BANKS
Powered by STATISTA

## IT'S OUR HONOR

We've been named to Forbes' list of World's Best Banks. We look forward to serving each and every customer who made this award possible for years to come.

Learn more about the recognition at **ucbi.com/forbes**




Member
FDIC

191941



## United
### Community Bank ®

2230 RIVERSIDE PARKWAY • LAWRENCEVILLE GA 30043
TELEPHONE: 800-822-2651    12
RETURN SERVICE REQUESTED

| | |
|---|---|
| Account Number | XXXXXX9719 |
| Statement Date | 04/30/2019 |
| Balance | 7,857.27 |
| Enclosures | 0 |
| Page | 1 of 1 |

42798 1 AB 0.409      P:42798 / T:157 / S:

ANDERSEN TATE & CARR P C
ESCROW AGENT
TRUSTEE ESCROW ACCT 5 KATHERINE TALMADGE
CONSERVATOR ACCOUNT
1960 SATELLITE BLVD STE 4000
DULUTH GA 30097-4128



Take your branch on-the-go with Business Online and Mobile Banking.

ucbi.com/business-online-banking

*Relieve your payroll stress by letting our dedicated specialists handle payroll, tax preparation and remittance for you. We provide hassle-free solutions that support your accounting and HR processes, so you can focus on growing your business. Learn more at ucbi.com/payroll*

## BUSINESS FREEDOM ACCOUNT XXXXXX9719

| | | | | |
|---|---|---|---|---|
| | | LAST STATEMENT 04/10/19 | | .00 |
| MINIMUM BALANCE | 2,948.05 | 4 CREDITS | | 7,857.27 |
| AVG AVAILABLE BALANCE | 4,880.48 | DEBITS | | .00 |
| AVERAGE BALANCE | 4,880.48 | THIS STATEMENT 04/30/19 | | 7,857.27 |

### OTHER CREDITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| DDA to DDA Transfer - fr ATC IOLTA | 04/16 | 1,060.43 |
| Transfer from XXXXXXX868 | 04/16 | 1,887.62 |
| Sale proceeds | 04/19 | 2,188.84 |
| Transfer from XXXXXXX868 | 04/30 | 2,720.38 |

### DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 04/16 | 2,948.05 | 04/19 | 5,136.89 | 04/30 | 7,857.27 |



Forbes 2019
WORLD'S BEST BANKS
Powered by STATISTA

## IT'S OUR HONOR

We've been named to Forbes' list of World's Best Banks. We look forward to serving each and every customer who made this award possible for years to come.

Learn more about the recognition at **ucbi.com/forbes**


EQUAL HOUSING LENDER


Member FDIC

191937



### United Community Bank®

2230 RIVERSIDE PARKWAY • LAWRENCEVILLE GA 30043
TELEPHONE: 800-822-2651    12
RETURN SERVICE REQUESTED

| | |
|---|---|
| Account Number | XXXXXX9693 |
| Statement Date | 04/30/2019 |
| Balance | 7,857.27 |
| Enclosures | 0 |
| Page | 1 of 1 |



42796 1 AB 0.409    P:42796 / T:157 / S:



ANDERSEN TATE & CARR P C
ESCROW AGENT
TRUSTEE ESCROW ACCT 6 TYLER TALMADGE
CONSERVATOR ACCOUNT
1960 SATELLITE BLVD STE 4000
DULUTH GA 30097-4128

*Relieve your payroll stress by letting our dedicated specialists handle payroll, tax preparation and remittance for you. We provide hassle-free solutions that support your accounting and HR processes, so you can focus on growing your business. Learn more at ucbi.com/payroll*

## BUSINESS FREEDOM ACCOUNT XXXXXX9693

| | | | |
|---|---|---|---|
| | | LAST STATEMENT 04/10/19 | .00 |
| MINIMUM BALANCE | 2,948.05 | 4 CREDITS | 7,857.27 |
| AVG AVAILABLE BALANCE | 4,880.48 | DEBITS | .00 |
| AVERAGE BALANCE | 4,880.48 | THIS STATEMENT 04/30/19 | 7,857.27 |

### OTHER CREDITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| DDA to DDA Transfer - fr ATC IOLTA | 04/16 | 1,060.43 |
| Transfer from XXXXXX868 | 04/16 | 1,887.62 |
| Sale proceeds | 04/19 | 2,188.84 |
| Transfer from XXXXXX868 | 04/30 | 2,720.38 |

### DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 04/16 | 2,948.05 | 04/19 | 5,136.89 | 04/30 | 7,857.27 |



## IT'S OUR HONOR

We've been named to Forbes' list of World's Best Banks. We look forward to serving each and every customer who made this award possible for years to come.

Learn more about the recognition at **ucbi.com/forbes**





191943



**United**
Community Bank ®

2230 RIVERSIDE PARKWAY • LAWRENCEVILLE GA 30043
TELEPHONE: 800-822-2651    12
RETURN SERVICE REQUESTED

| | |
|---|---|
| Account Number | XXXXXX9727 |
| Statement Date | 04/30/2019 |
| Balance | 7,857.27 |
| Enclosures | 0 |
| Page | 1 of 1 |

42799 1 AB 0.409          P:42799 / T:157 / S:

ANDERSEN TATE & CARR P C
ESCROW AGENT
TRUSTEE ESCROW ACCT 7 MARGARET TALMADGE
CONSERVATOR ACCOUNT
1960 SATELLITE BLVD STE 4000
DULUTH GA 30097-4128



Take your branch
on-the-go with
Business Online
and Mobile Banking.

ucbi.com/business-online-banking

*Relieve your payroll stress by letting our dedicated specialists handle payroll, tax preparation and remittance for you. We provide hassle-free solutions that support your accounting and HR processes, so you can focus on growing your business. Learn more at ucbi.com/payroll*

## BUSINESS FREEDOM ACCOUNT XXXXXX9727

|  |  |  |  |
|---|---|---|---|
| MINIMUM BALANCE | 2,948.05 | LAST STATEMENT 04/10/19 | .00 |
| AVG AVAILABLE BALANCE | 4,880.48 | 4 CREDITS | 7,857.27 |
| AVERAGE BALANCE | 4,880.48 | DEBITS | .00 |
|  |  | THIS STATEMENT 04/30/19 | 7,857.27 |

### OTHER CREDITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| DDA to DDA Transfer - fr ATC IOLTA | 04/16 | 1,060.43 |
| Transfer from XXXXXX868 | 04/16 | 1,887.62 |
| Sale proceeds | 04/19 | 2,188.84 |
| Transfer from XXXXXX868 | 04/30 | 2,720.38 |

### DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 04/16 | 2,948.05 | 04/19 | 5,136.89 | 04/30 | 7,857.27 |



Forbes 2019
WORLD'S BEST
BANKS
Powered by STATISTA

## IT'S OUR HONOR

We've been named to Forbes' list of World's Best Banks. We look forward to serving each and every customer who made this award possible for years to come.

Learn more about the recognition at **ucbi.com/forbes**


EQUAL HOUSING LENDER


Member
FDIC

191945



**United**
Community Bank®

2230 RIVERSIDE PARKWAY • LAWRENCEVILLE GA 30043
TELEPHONE: 800-822-2651   12
RETURN SERVICE REQUESTED

| | |
|---|---|
| Account Number | XXXXXX9735 |
| Statement Date | 04/30/2019 |
| Balance | 2,152.38 |
| Enclosures | 0 |
| Page | 1 of 1 |

42800 1 AB 0.409       P:42800 / T:157 / S:



ANDERSEN TATE & CARR P C
ESCROW AGENT
TRUSTEE ESCROW ACCT 8 PATRICIA TALMADGE
CONSERVATOR ACCOUNT
1960 SATELLITE BLVD STE 4000
DULUTH GA 30097-4128



Take your branch
on-the-go with
Business Online
and Mobile Banking.

ucbi.com/business-online-banking

*Relieve your payroll stress by letting our dedicated specialists handle
payroll, tax preparation and remittance for you. We provide hassle-free
solutions that support your accounting and HR processes, so you can
focus on growing your business. Learn more at ucbi.com/payroll*

## BUSINESS FREEDOM ACCOUNT XXXXXX9735

|  |  |  |  |
|---|---|---|---|
| | | LAST STATEMENT 04/10/19 | .00 |
| MINIMUM BALANCE | 2,152.38 | 1 CREDITS | 2,152.38 |
| AVG AVAILABLE BALANCE | 2,152.38 | DEBITS | .00 |
| AVERAGE BALANCE | 2,152.38 | THIS STATEMENT 04/30/19 | 2,152.38 |

### OTHER CREDITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Transfer from XXXXXX868 | 04/30 | 2,152.38 |

### DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 04/30 | 2,152.38 | | | | |



Forbes 2019
WORLD'S BEST
BANKS
Powered by STATISTA

## IT'S OUR HONOR

We've been named to Forbes' list of World's Best Banks.
We look forward to serving each and every customer
who made this award possible for years to come.

Learn more about the recognition at **ucbi.com/forbes**





Member
**FDIC**

State Farm Fire and Casualty Company
A Stock Company With Home Offices In Bloomington, Illinois

11350 Johns Creek Parkway
Duluth, GA 30098-0001





TALMADGE, HERMAN
PO BOX 461
LOVEJOY GA  30250-0461

ST-1
0206-1060

## ♣ StateFarm

# RENEWAL DECLARATIONS

| AMOUNT DUE: | $9,746.00 |
|---|---|

Payment is due by  JUL 15 2018

**Policy Number:**

**Policy Period:**   12 Months
**Effective Dates:** JUL 15 2018 to JUL 15 2019
The policy period begins and ends at 12:01 am standard
time at the residence premises.

## Homeowners Policy

### Location of Residence Premises
215 TALMADGE RD
HAMPTON GA
30228-1877

**Your State Farm Agent**
TREY RHODES III  CLU
128 M FARMR IND BLVD
NEWNAN GA       30263-1090

**Phone:** (770) 253-2055

| Construction: | Frame |
|---|---|
| Year Built: | 1836 |

### Automatic Renewal
If the **POLICY PERIOD** is shown as **12 MONTHS**, this policy will be renewed automatically subject to the premiums, rules,
and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lien-
holder written notice in compliance with the policy provisions or as required by law.

## IMPORTANT MESSAGES

NOTICE: You will be receiving a second envelope that will contain your new Policy Booklet and Important Notice
Regarding your New Policy.  Please call your agent if you have any questions.
NOTICE: Information concerning changes in your policy language is included.  Please call your agent with any questions.
Please help us update the data used to determine your premium. Contact your agent with the year each of
your home's utilities (heating/cooling, plumbing, or electrical) and roof were last updated.

## PREMIUM

| Annual Premium | $9,746.00 |
|---|---|

*Your premium has already been adjusted by the following:*
Home Alert Discount
Claim Record Discount

| **Total Premium** | **$9,746.00** |
|---|---|

**State Farm®**

| NAMED INSURED | MORTGAGEE AND ADDITIONAL INTERESTS |
|---|---|
| TALMADGE, HERMAN | **Mortgagee**<br>STATE BANK & TRUST COMPANY<br>1349 W PEACHTREE ST NW STE 100<br>ATLANTA GA  30309-2919 |

Loan Number  N/A

**Additional Insured**
TALMADGE, TYLER
15160 WHIMBREL CT
FORT MYERS FL  33908-8103

Loan Number  N/A

**Additional Insured**
TALMADGE, MITT
1170 TURTLE CREEK DR APT 1111
NAPLES FL  34110-9282

Loan Number  N/A

## SECTION I - PROPERTY COVERAGES AND LIMITS

| Coverage | Limit of Liability |
|---|---|
| A Dwelling | $ 2,010,400 |
| Other Structures | $ 201,040 |
| B Personal Property | $ 1,507,800 |
| C Loss of Use | $ 603,120 |
| Fungus (including Mold) Limited Coverage | $ 10,000 |

**Additional Coverages**

| | |
|---|---|
| Arson Reward | $1,000 |
| Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money | $1,000 |
| Debris Removal | Additional 5% available/$1,000 tree debris |
| Fire Department Service Charge | $500 per occurrence |
| Fuel Oil Release | $10,000 |
| Locks and Remote Devices | $1,000 |
| Trees, Shrubs, and Landscaping | 5% of Coverage A amount/$750 per item |

## SECTION II - LIABILITY COVERAGES AND LIMITS

| Coverage | Limit of Liability |
|---|---|
| L Personal Liability (Each Occurrence) | $ 2,000,000 |
| Damage to the Property of Others | $ 1,000 |
| M Medical Payments to Others (Each Person) | $ 10,000 |

## INFLATION

Inflation Coverage Index: 244.7

## DEDUCTIBLES

| Section I Deductible | Deductible Amount |
|---|---|
| All Losses 1% | $ 20,104 |

## LOSS SETTLEMENT PROVISIONS

A1  Replacement Cost - Similar Construction
B1  Limited Replacement Cost - Coverage B