**IT IS ORDERED as set forth below:**



**Date: June 8, 2019**



_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
|  | ) Chapter 11 |
| **HERMAN E. TALMADGE, JR.,** | ) |
|  | ) Case No. 14-50312-wlh |
| DEBTOR. | ) |

## ORDER APPROVING TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY BULL REALTY, INC. AS BROKER FOR SALE OF CERTAIN REAL PROPERTY OWNED JOINTLY BY HEDCON PROPERTIES, LLC AND DEBTOR, AND FOR APPROVAL OF COMPENSATION

This matter having come before this Court upon Chapter 11 Application of Trustee, J. Michael Levengood; ("Trustee"), for Authority to Employ Bull Realty, Inc., as Broker for Sale of Certain Real Property Owned Jointly by Hedcon

Properties, LLC and Debtor, and for Approval of Compensation; and after proper notice and hearing held before this Court on May 23, 2019; and

No objections to said Application having been filed prior to the hearing and no objections raised at the hearing; and

It appearing that Bull Realty, Inc. is qualified to assist the Trustee and that Bull Realty, Inc. represents no interest adverse to the Debtor or the Bankruptcy Estate in the matters upon which Bull Realty, Inc. is to be engaged, and that Bull Realty, Inc.'s employment and compensation is necessary and in the best interest of the creditors and interested parties, it is hereby

ORDERED that, pursuant to 11 U.S.C. § 327(a) and 328, and Bankruptcy Rule 2014, the Trustee's Application for Authority to Employ Bull Realty, Inc. as Broker for Sale of Certain Real Property Owned Jointly by Hedcon Properties, LLC and Debtor, and for Approval of Compensation, be GRANTED, and the same is hereby authorized and APPROVED. The Trustee is authorized to employ BULL REALTY, INC. in this Chapter 11 case, on the terms and conditions set forth in Trustee's Application for Authority to Employ Bull Realty, Inc. as Broker for Sale of Certain Real Property Owned Jointly by Hedcon Properties, LLC and Debtor, and for Approval of Compensation therein.  The Trustee is further authorized to compensate

Bull Realty, Inc. from the proceeds of sale consistent with the Trustee's Application.

**[END OF ORDER]**

Prepared and presented by:

*/s/ James C. Joedecke, Jr.*
James C. Joedecke, Jr.
Ga. Bar No. 391885
ANDERSEN, TATE & CARR, P.C.
Suite 4000, 1960 Satellite Boulevard
Duluth, GA 30097
Phone: 770-822-0900
Fax: 770-822-9680
Email: jjoedecke@atclawfirm.com
Counsel for J. Michael Levengood, Chapter 11 Trustee


No Objection as to form:

*/s/ Jimmy L. Paul   (signed with express permission by JCJ)*
Jimmy L. Paul
Ga. Bar No. 567600
Chamberlain, Hrdlicka, White,
Williams & Aughtry
191 Peachtree Street, N.E., 46th Floor
Atlanta, GA 30303
Phone:404-659-1410
Fax:404-659-1852
Email: jimmy.paul@chamberlainlaw.com
Counsel for Herman E. Talmadge, III, William Murphy Talmadge,
Ramsey Morrison Talmadge and Katherine Merritt Talmadge

*/s/ Peter C. Ensign (signed with express permission by JCJ)*
Peter C. Ensign
BPR # 249362
Ensign Law
6139 Preservation Drive, Suite 2
Chattanooga, TN 37416
Phone: 423-510-0410
Fax: 423-510-1395
Email: Ensign@ensignlegal.com
Counsel for Tyler and Margaret Talmadge

*/s/ Joseph Chad Brannen (signed with express permission by JCJ)*
Joseph Chad Brannen
GA Bar No. 077120
The Brannen Firm, LLC, Suite G
7147 Jonesboro Rd.
Morrow, GA 30260
Phone: 770-474-0847
Fax: 770-474-6078
Counsel for the Henry County Tax Commissioner

*/s/ J. William Boone (signed with express permission by JCJ)*
J. William Boone
GA Bar No. 067856
James-Bates-Brannan-Groover-LLP
3399 Peachtree Road, NE, Suite 1700
Atlanta, GA 30326
Phone: 404-997-6020
Fax: 404-997-6021
Counsel for Cadence Bank f/k/a State Bank and Trust

Hedcon Properties, LLC
1175 Peachtree Street, NE
Atlanta, GA 30361

# DISTRIBUTION LIST

J. Michael Levengood
Chapter 11 Trustee
Estate of Herman E. Talmadge, Jr.
150 S. Perry St., Suite 208
Lawrenceville, GA 30046

James C. Joedecke, Jr.
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre, Suite 4000
1960 Satellite Boulevard
Duluth, GA 30097

Jimmy L. Paul
Chamberlain, Hrdlicka, White,
Williams & Aughtry
191 Peachtree Street, N.E., 46th Floor
Atlanta, GA 30303

Peter C. Ensign
Ensign Law
6139 Preservation Drive, Suite 2
Chattanooga, TN 37416

J. William Boone, Esq.
James-Bates-Brannan-Groover LLP
Buckhead Tower at Lenox Square
3399 Peachtree Road, N.E., Suite 1700
Atlanta, GA 30326

James H. Morawetz, Esq.
Trial Attorney
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

Thomas R. Walker
McGuireWoods LLP
1230 Peachtree Street, N.E.
Suite 2100
Atlanta, GA 30309

Joseph Chad Brannen
The Brannen Firm, LLC
7147 Jonesboro Rd., Suite G
Morrow, GA 30260

3481255_1