**IT IS ORDERED as set forth below:**

**Date: June 17, 2019**



_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 11 |
| **HERMAN E. TALMADGE, JR.,** | ) |
| | ) Case No. 14-50312-wlh |
| DEBTOR. | ) |

**ORDER ON JOINT MOTION OF CHAPTER 11 TRUSTEE AND HEDCON PROPERTIES, LLC FOR AUTHORITY TO SELL GA HWY 138 PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES, AND TO PROVIDE FOR DISBURSEMENT OF SALE PROCEEDS**

This matter having come before this Court upon Motion of J. Michael Levengood, the duly-appointed Chapter 11 Trustee ("Trustee"), for the Bankruptcy Estate of Herman E. Talmadge, Jr., filed May 2, 2019 (the "Motion"); and

After proper notice and hearing held pursuant to 11 U.S.C. § 363 and Federal Rule of Bankruptcy Procedure 6004, before this Court on May 23, 2019 at

1

2:00 p.m., and attended by Counsel for the Trustee, Counsel for the Talmadge-Aligned Children, Counsel for Margaret Talmadge and Tyler Talmadge, Counsel for Cadence Bank f/k/a State Bank and Trust Company and Counsel for the Henry County Tax Commissioner; and

No objections to said motion having been filed prior to the hearing and no objections raised at the hearing;

This Court hereby finds as follows:

A. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 1334 and 28 U.S.C. § 157(b)(2).

B. Venue for this Motion is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

C. The statutory predicate for relief sought herein is 11 U.S.C. § 363 and Rule 6004 of the Federal Rules of Bankruptcy Procedure.

D. A need exists for the Trustee to obtain funds with which to pay claims of Debtor's bankruptcy estate pursuant to Trustee's confirmed plan of reorganization as amended (the "Plan").

E. The proposed sale of that certain tract of real property constituting approximately 14.001 acres of unimproved property with frontage along GA Hwy 138, Henry County, Georgia, and more properly described in that Quit Claim Deed

2

recorded July 20, 2010 at Deed Book 11806, Pages 242, Clerk of Superior Court, Henry County, Georgia, minus approximately .64 acres previously conveyed to the Georgia Department of Transportation, pursuant to that certain Right-of-Way Deed recorded March 13, 2003, at Deed Book 5781, Page 180, Henry County Georgia (the "Subject Property") is necessary and in the best interest of the Bankruptcy Estate and creditors.

F.   The notice of hearing on this Motion was provided by Trustee, through his counsel, to those parties indicated on the certificate of service filed in connection with the Motion, and constitutes sufficient and adequate notice in accordance with Bankruptcy Rule 6004, as required by 11 U.S.C. § 363.  No further notice of the relief sought in the Motion is required for entry of this Order.

G.   Good and sufficient cause has been shown for the entry of this Order. Among other things, the entry of this Order will allow the Trustee to sell the Subject Property to provide necessary funds for implementation of the Plan, and will be beneficial to the Debtor, his creditors and the Bankruptcy Estate.

NOW, THEREFORE, based on the record before this Court, good cause appearing, the Court hereby ORDERS that:

1.   The Motion is granted in accordance with the terms of this Order.

2. The Trustee is authorized to sell the Bankruptcy Estate's interest in the Subject Property and Hedcon is authorized to sell its interest in the Subject Property free and clear of all liens, interests, claims and encumbrances in a manner consistent with the manner presented in Trustee's Motion.

3. Any outstanding ad valorem tax related to the Subject Property will be satisfied at the time of the sale.

4. The Trustee is authorized, empowered and directed to do and perform all acts, and to make, execute and deliver all instruments and documents which may be necessary to effectuate the sale of the Subject Property, and consistent with the terms of this Order.

5. The Trustee is authorized to pay all costs associated with the sale from the proceeds of the sale, including, but not limited to, sales commission and compensation consistent with the compensation identified in Trustee's Motion.

**[END OF ORDER]**


Prepared and presented by:

*/s/ James C. Joedecke, Jr.*
James C. Joedecke, Jr.
Ga. Bar No. 391885
ANDERSEN, TATE & CARR, P.C.
Suite 4000, 1960 Satellite Boulevard
Duluth, GA 30097

Phone: 770-822-0900
Fax: 770-822-9680
Email: jjoedecke@atclawfirm.com
Counsel for J. Michael Levengood, Chapter 11 Trustee

No Objection as to form:

*/s/ Jimmy L. Paul   (signed with express permission by JCJ)*
Jimmy L. Paul
Ga. Bar No. 567600
Chamberlain, Hrdlicka, White,
Williams & Aughtry
191 Peachtree Street, N.E., 46th Floor
Atlanta, GA 30303
Phone:404-659-1410
Fax:404-659-1852
Email: jimmy.paul@chamberlainlaw.com
Counsel for Herman E. Talmadge, III, William Murphy Talmadge,
Ramsey Morrison Talmadge and Katherine Merritt Talmadge

*/s/ Peter C. Ensign (signed with express permission by JCJ)*
Peter C. Ensign
BPR # 249362
Ensign Law
6139 Preservation Drive, Suite 2
Chattanooga, TN 37416
Phone: 423-510-0410
Fax: 423-510-1395
Email: Ensign@ensignlegal.com
Counsel for Tyler and Margaret Talmadge

*/s/ Joseph Chad Brannen (signed with express permission by JCJ)*
Joseph Chad Brannen
GA Bar No. 077120
The Brannen Firm, LLC, Suite G
7147 Jonesboro Rd.
Morrow, GA 30260
Phone: 770-474-0847

5

Fax: 770-474-6078
Counsel for the Henry County Tax Commissioner

*/s/ J. William Boone (signed with express permission by JCJ)*
J. William Boone
GA Bar No. 067856
James-Bates-Brannan-Groover-LLP
3399 Peachtree Road, NE, Suite 1700
Atlanta, GA 30326
Phone: 404-997-6020
Fax: 404-997-6021
Counsel for Cadence Bank f/k/a State Bank and Trust

Hedcon Properties, LLC
1175 Peachtree Street, NE
Atlanta, GA 30361

DISTRIBUTION LIST

J. Michael Levengood
Chapter 11 Trustee
Estate of Herman E. Talmadge, Jr.
150 S. Perry St., Suite 208
Lawrenceville, GA 30046

James C. Joedecke, Jr.
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre, Suite 4000
1960 Satellite Boulevard
Duluth, GA 30097

Jimmy L. Paul
Chamberlain, Hrdlicka, White,
Williams & Aughtry
191 Peachtree Street, N.E., 46th Floor
Atlanta, GA 30303

Peter C. Ensign
Ensign Law
6139 Preservation Drive, Suite 2
Chattanooga, TN 37416

J. William Boone, Esq.
James-Bates-Brannan-Groover LLP
Buckhead Tower at Lenox Square
3399 Peachtree Road, N.E., Suite 1700
Atlanta, GA 30326

James H. Morawetz, Esq.
Trial Attorney
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

Thomas R. Walker
McGuireWoods LLP
1230 Peachtree Street, N.E.
Suite 2100
Atlanta, GA 30309

Joseph Chad Brannen
The Brannen Firm, LLC
7147 Jonesboro Rd., Suite G
Morrow, GA 30260

3481233_1